FILED 04 MAR '20 16:33 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-** 00081-SI |
| **v.** | **INDICTMENT** |
| **DENNIS RAY WILSON JR.,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **Forfeiture Allegation** |

## THE GRAND JURY CHARGES:

### <u>COUNT 1</u>
### (Felon in Possession of Firearm)
### (18 U.S.C. § 922(g)(1))

On or about January 5, 2020, in the District of Oregon, defendant **DENNIS RAY WILSON JR.**, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Assault in the Third Degree, on or about July 6, 2006, in Multnomah County Circuit Court, case number 060231217;

(2) Unlawful Use of a Weapon, on or about July 6, 2006, in Multnomah County Circuit Court, case number 060231217;

did knowingly and unlawfully possess the following firearm:

(1) a Glock Model 23, 40 caliber pistol, serial number DKR659US,

**Indictment**

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1)    a Glock Model 23, 40 caliber pistol, serial number DKR659US.

Dated: ~~February~~ 3 , 2020                              A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Indictment**                                                                                   **Page 2**